*Acting Solicitor General Washington* and *Assistant Attorney General Berge. Thurman Arnold* argued the cause for appellant in No. 254. With him on the brief was *Arne C. Wiprud. Robert J. Bulkley* argued the cause for appellants in No. 255. With him on the brief were *Frank J. Meistrell* and *Herbert G. Pillen. Leo F. Tierney* argued the cause for appellant in No. 256. With him on the brief was *Louis A. Kohn. George Wharton Pepper* argued the cause for the Pullman Company et al., appellees. With him on the brief were *Ralph M. Shaw, Seth W. Richardson, Lowell M. Greenlaw, Frederick H. Spotts* and *Guy A. Gladson. Jacob Aronson* argued the cause for the railroad appellees. With him on the brief were *Emmett E. McInnis, Sydney R. Prince, Harold H. McLean, Henry L. Walker* and *Albert Ward.* Appearances were entered by *Francis H. Scheetz* for appellant in No. 256; *John Dickinson* for the Atchison, Topeka & Santa Fe Railway Co. et al.; and *Leo J. Hassenauer, V. C. Shuttleworth* and *H. E. Wilmarth* for the Order of Railway Conductors of America, appellees.

No. 880. SWEM *v.* MICHIGAN.

March 31, 1947. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the cause is remanded to the Supreme Court of Michigan in order to enable it to reexamine its decision in the light of *De Meerleer* v. *Michigan,* 329 U. S. 663. *William G. Comb* for petitioner. *Eugene F. Black,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 1091. FALWELL ET AL. *v.* UNITED STATES ET AL.

808

March 31, 1947. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. §§ 5 and 17, Interstate Commerce Act, 54 Stat. 905, 913, 49 U. S. C. §§ 5 and 17. *W. G. Burnette* for appellants. *Acting Solicitor General Washington* and *Daniel W. Knowlton* for the United States et al., appellees. *J. Ninian Beall* and *H. Lauren Lewis* filed a brief for the Regular Common Carrier Conference of American Trucking Assns. et al., as *amici curiae,* urging granting of the motion to affirm. *Nuel D. Belnap, E. B. Ussery* and *Rex H. Fowler* filed a brief for the Brady Transfer & Storage Co. et al., as *amici curiae,* replying to the motion to affirm.

No. 1096. SMITH *v.* JEFFERSON COUNTY ET AL. ▮ March 31, 1947. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Benj. E. Pierce* for appellant. *James M. Hull* for appellees.

No. 1110. GRAND LODGE HALL ASSOCIATION, I. O. O. F., ET AL. *v.* MOORE, AUDITOR OF MARION COUNTY, ET AL. March 31, 1947. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Wisconsin & Michigan R. Co.* v. *Powers,* 191 U. S. 379. *Frank C. Dailey, George E. Hershman, Othniel Hitch* and *Paul Y. Davis* for appellants. *Cleon H. Foust,* Attorney General of Indiana,